■  In the Matter of PATRICIA D. COLLINS, Appellant, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, and THOMAS M. BRENNAN, Respondents.— In a proceeding pursuant to section 330 of the Election Law to invalidate a petition designating respondent Thomas M. Brennan as the Republican party's candidate for the office of Representative in and for the Fifth Congressional District in the Primary Election to be held on June 18, 1968, the petitioner appeals from an order of the Supreme Court, Nassau County, dated June 3, 1968, which denied the application and dismissed the petition. Order affirmed, without costs. No opinion. Motion by petitioner-appellant for leave to appeal to the Court of Appeals granted. Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur. [56 Misc 2d 978.]

■  In the Matter of GEORGE W. MILLER, Respondent, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents, and MASON L. HAMPTON, JR., et al., Appellants. — This is a proceeding pursuant to section 330 of the Election Law, *inter alia*, to invalidate a petition designating Mason L. Hampton, Jr., as a candidate of the Republican party for the public office of Representative to Congress for the Fifth Congressional District, County of Nassau, in the primary election to be held on June 18, 1968. Said designee and Joseph M. Margiotta and Ann R. Ocker, all respondents in the proceeding, appeal from a judgment of the Supreme Court, Nassau County, entered June 3, 1968, which granted the application and declared the designating petition invalid. Judgment affirmed, without costs (*Matter of Dent* v. *Power*, 307 N. Y. 826). Beldock, P. J., Christ, Rabin and Benjamin, JJ., concur; Munder, J., concurs in result, being constrained so to do by reason of *Matter of Dent* v. *Power* (307 N. Y. 826). Leave to appellants to appeal to the Court of Appeals is granted. Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

## (June 5, 1968)

■  In the Matter of HELEN HELFAND, Respondent, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, Respondents, and ARTHUR V. GRASECK, JR., Appellant.— This is a proceeding pursuant to section 330 of the Election Law to invalidate petitions designating Arthur V. Graseck, Jr., as a candidate of the Liberal party for the office of District Attorney of Nassau County in the primary election to be held on June 18, 1968. Said designee appeals from a judgment of the Supreme Court, Nassau County, entered June 4, 1968, which granted the application. Judgment affirmed, without costs. No opinion. Leave is granted to appellant to appeal to the Court of Appeals. Beldock, P. J., Christ, Rabin, Benjamin and Martuscello, JJ., concur.